■ Donna Humiston, Appellant-Respondent, v Rochester Institute of Technology, Respondent-Appellant.—Order unanimously reversed on the law without costs and plaintiff's motion granted. Same memorandum as in *Humiston v Grose* (144 AD2d 907 [decided herewith]). (Appeal from order of Supreme Court, Monroe County, Provenzano, J.—consolidation; discovery.) Present—Dillon, P. J., Doerr, Green, Pine and Lawton, JJ.

■ Touche Ross & Company, Respondent, v Joseph A. Fillip et al., Defendants and Third-Party Plaintiffs-Appellants. Russell Palmer et al., Third-Party Defendants-Respondents.—Order unanimously affirmed without costs for reasons stated in memorandum decision at Special Term, Forma, J. (Appeal from order of Supreme Court, Erie County, Forma, J.—summary judgment.) Present—Dillon, P. J., Doerr, Green, Pine and Lawton, JJ.